UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. ACORD,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>THE STATE OF CALIFORNIA, *et al*.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00046-JDP<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>FORTY-FIVE-DAY DEADLINE<br><br>ORDER THAT THE CLERK'S OFFICE ASSIGN THIS CASE TO A DISTRICT JUDGE |

　　　　Plaintiff Richard C. Acord is a current or former pretrial detainee proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On February 18, 2020, the court received a notification that a mailing for plaintiff had been returned as undeliverable.

　　　　Plaintiff is required to keep the court apprised of his current address. Local Rule 183(b) provides that "[i]f mail directed to a plaintiff *in propria persona* by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute." Plaintiff's address change was due by April 27, 2020, but he failed to file one, and he has not otherwise been in contact with the court. The court orders that within forty-five days from the date of this order, plaintiff show cause why this action should not be dismissed for failure to prosecute. The clerk's office is also ordered to assign this case to a

1

1  district judge.

3  IT IS SO ORDERED.

5  Dated:    April 28, 2020                              _____
                                                         UNITED STATES MAGISTRATE JUDGE

7  No. 205.