UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. ACORD,<br><br>    Plaintiff,<br><br>    v.<br><br>THE STATE OF CALIFORNIA, *et al.*,<br><br>    Defendant. | No. 1:20-cv-00046-NONE-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS THE PETITION FOR FAILURE TO PROSECUTE<br><br>(Doc. No. 8)<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO CLOSE THIS CASE |

Plaintiff f Richard C. Acord, a current or former pretrial detainee, proceeds in this civil action under 18 U.S.C. § 1983. On June 22, 2020, the magistrate judge issued findings and recommendations that plaintiff's petition be dismissed for failure to prosecute. (Doc. No. 8.) The findings and recommendations were served on plaintiff and contained notice that objections thereto were to be filed within thirty days after service. The findings and recommendations were returned as undeliverable, and plaintiff has not updated his address or otherwise responded.[1]

/////

---

[1] All mail sent to plaintiff's address of record since early February 2020 has been returned as undeliverable. Local Rule 183 requires all persons appearing in propria persona to notify the court of any change of address within 63 days. That 63-day period has long since expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file the court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 22, 2020 (Doc. No. 8) are adopted in full;
2. The complaint is dismissed for failure to prosecute; and,
3. The clerk of court is directed to assign a district judge to this matter for the purposes of closure and to close this case.

IT IS SO ORDERED.

Dated: **August 4, 2020**

　　　　　　　　　　　　　　　　　　　　*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE